## PARKE agt. WOODEY

Deacon William Parke plaint. ag$^t$ Richard Woodey Sen$^r$ Defend$^t$ in an action of the case for non payment of One hundred pound Starling to the s$^d$ Parke which was the forfiture of his bond dat$^d$ 13.9: 1660. for the non payment of Fifty pounds by [518] m$^r$ W$^m$ Perkins or otherwise in London according to order from the s$^d$ Parke and should have been paid. 25$^o$ March. 1663. &c. . . . The Jury . . . found for the plaint. forfiture of the bond One hundred pounds Starling & costs of Court. Upon Request of the Defend$^t$ & hearing of both partys The Court chancered this forfiture to Forty Eight pounds money and costs of Court granted twenty nine Shillings. 6$^d$

Execution issued. 3$^d$ Septemb$^r$ 1678.

## BARTHOLOMEW ag$^t$ WISWALL

Joseph Bartholomew plaint. ag$^t$ John Wiswall Junio$^r$ Defend$^t$ The plaint. withdrew his action.

Joseph Bartholomew plaint. ag$^t$ John Wiswall Junio$^r$ Defend$^t$ The plaint. withdrew his Action.

· John Wiswall Junio$^r$ plaint. ag$^t$ Joseph Bartholomew Defend$^t$ The plaint. withdrew his action.

## PHILLIPS ag$^t$ HUTCHINSON

Henry Phillips plaint. ag$^t$ Elisha Hutchinson who married Elizabeth Relict and adm$^x$ to m$^r$ John Freake dece$^d$ & John Scarlett Exec$^r$ to the last Will and Testam$^t$ of Cap$^{tn}$ Samuel Scarlett dece$^d$ or either of them Defend$^{ts}$ in an action of the case for not paying the Summe of two hundred twenty five pound currant money of New-England due as the forfiture of a bond dat$^d$ 13. March. 1672. under the hands & Seales of the s$^d$ John Freake & Samuel Scarlett &c. . . . The Jury . . . found for the Defend$^t$ costs of Court.